AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 2:20-mj-400
U.S. Postal Service Priority Mail parcel 9405 5102 0088 )
2284 9948 33 addressed to "1523 S Hunters Dr, Newark, )
OH 43055-9220" )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Southern_____ District of _____Ohio_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. Section 843(b) | Prohibited use of a communication center (U.S. Mail) |

The application is based on these facts:
See Attachment C

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Dustin Rambacher, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 3, 2020

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, OH

DVS
6/3/20

## Attachment C

## Affidavit in Support of Application for Search Warrant

I, Dustin L. Rambacher, being duly sworn, deposes and states the following:

1. I am a Special Agent for the U.S. Postal Service Office of Inspector General (USPS OIG) assigned to conduct general investigations of USPS employees and the abuse of U.S. Mail. I have been a USPS OIG Special Agent since 2011. During this time, I have been assigned to conduct investigations of narcotics and internal mail theft, investigating the mailing of illegal narcotics, their proceeds, and the theft, rifling, destruction, mistreatment, willful delay, or tampering of the U.S. Mail. I have training and experience in the enforcement of laws in the United States, including training on how to conduct drug related investigations, search and seizure laws, evidence handling and processing, drug identification and field testing. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. I have a Bachelor's degree in criminal justice from the University of Mount Union and a Master's degree in criminal justice from the University of Cincinnati.

2. The information in this affidavit is based on personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all facts related to this case.

### Background

3. On May 12, 2020, the affiant was contacted by Detective Kris Kimble of the Central Ohio Drug Enforcement (CODE) Task Force about a parcel that was delivered to an address in Newark, OH. Detective Kimble advised that Allison Barrett, who resides at 1533 W Quail Run Drive, Newark,

3

OH 43055, was in contact with law enforcement about a U.S. Mail parcel that was delivered to her residence. According to information received from Kimble, Barrett told law enforcement that a parcel, which was addressed to her husband Bradley Barrett, was delivered to her residence about five days ago and she did not want to open it. Allison Barrett told Kimble that she feared the parcel contained illicit drugs because Bradley Barrett has been selling steroids, marijuana vape products, and Xanax pills. Kimble told the affiant that Allison Bradley stated Bradley Barrett was also receiving parcels containing drugs at his mother's residence, located at 1523 S Hunters Drive, Newark, OH 43055.

4. Detective Kimble arranged to have a K-9 conduct a free-air sniff of the parcel, but the K-9 failed to alert on the parcel. The K-9 officer explained to Kimble that a K-9 would fail to alert on the parcel if steroids or Xanax pills were contained inside. Allison Barrett requested that law enforcement take the parcel and gave consent to open the parcel. Since the parcel was addressed to Bradley Barrett, Detective Kimble obtained a warrant to open the parcel. Detective Kimble provided the affiant pictures of the parcel contents, which included multiple images of boxes labelled "Chorionic Gonadotrophin Injection." A review of tracking information associated with the parcel indicated it originated in Singapore.

## Target Parcel

5. On June 2, 2020, the affiant received an automated notification that Priority Mail parcel 9405 5102 0088 2284 9948 33 (TARGET PARCEL) was inbound from San Diego, CA to 1523 S Hunters Drive, Newark, OH 43055. The notification identified four parcels that were inbound to 1523 S Hunters Drive, Newark, OH 43055.

6. On June 3, 2020, the affiant intercepted and took custody of TARGET PARCEL, as well as two other parcels going to the same address, from the mailstream in Newark, OH. The affiant

4

observed that the addressee on TARGET PARCEL is "Christine Barrett, 1523 S Hunters Dr, Newark, OH 43055-9220." The return address information on TARGET PARCEL is "Janice Owens, 1973 Newport Blvd, Costa Mesa, CA 92627." TARGET PARCEL is currently secured at a CODE Task Force office located in the Southern District of Ohio.

7. According to law enforcement databases, address 1523 S Hunters Dr, Newark, OH 43055 is a valid address and a Christine Barrett is associated with the address.

8. According to law enforcement databases, return address 1973 Newport Blvd, Costa Mesa, CA 92627 is a valid address, however a person named Janice Owens is not associated with the address.

9. California is a known source area for shipment of illegal narcotics to Central Ohio as well as other areas of the United States.

10. On June 3, 2020, the affiant contacted the CODE Task Force to obtain a K-9 to run a parcel lineup. CODE Task Force Officer Anthony Southard is the handler for "Kimber," a drug detection dog. "Kimber" has completed the Special Purpose Canine Unit Evaluation for marijuana, cocaine, heroin, methamphetamines, and their derivatives.

11. TARGET PARCEL was put in a lineup with other parcels and boxes. "Kimber" demonstrated a positive alert on TARGE PARCEL, as well as two other parcels (subject to two independent search warrants) that were intercepted inbound to 1523 S Hunters Dr, Newark, OH 43055.

12. Based on the foregoing facts, I believe that TARGET PARCEL, USPS Priority Mail parcel with tracking number 9405 5102 0088 2284 9948 33, contains controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b). I respectfully request the Court to find probable cause to issue a search warrant to search the parcel described in Attachment A for the items listed in Attachment B.

_____

Dustin L. Rambacher

Special Agent

U.S. Postal Service

Office of Inspector General

Sworn and subscribed before me this ____3rd____ day of June 2020.

_____
Kimberly A. Jolson
United States Magistrate Judge